UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| Brandy Walker,<br><br>      Plaintiff,<br><br>v.<br><br>IQ Data International, Inc.;<br>Experian Information Solutions, Inc.; and<br>TransUnion, LLC,<br><br>      Defendants. | Case No. 8:24-cv-02519-TPB-NHA |

**NOTICE OF SETTLEMENT AS TO DEFENDANT TRANSUNION, LLC**

Plaintiff, by and through undersigned counsel, hereby notifies the Court that Plaintiff has reached a settlement in the above-referenced matter with Defendant TransUnion, LLC ("TransUnion"). Plaintiff and TransUnion are in the process of finalizing the settlement, whereupon Plaintiff will move for dismissal with prejudice. Plaintiff anticipates that the settlement and dismissal of claims against TransUnion will be finalized within the next sixty (60) days. Plaintiff's claims against IQ Data International, Inc. and Experian Informaiton Solutions, Inc. remain pending.

Dated: November 20, 2024

                                              */s/ Trescot Gear*
                                              Gear Law, LLC
                                              1405 W. Swann Ave.
                                              Tampa, FL 33606

                                              Mailing Address:
                                              McCarthy Law, PLC
                                              4250 North Drinkwater Blvd, Suite 320

1

Scottsdale, AZ  85251<br>
Telephone: (602) 456-8900<br>
Fax: (602) 218-4447<br>
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

    I hereby certify that on November 20, 2024, I electronically transmitted the foregoing document to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants of record in this matter.

    */s/ Trescot Gear*