# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| Brandy Walker,<br><br>　　　　Plaintiff,<br><br>v.<br><br>IQ Data International, Inc.;<br>Experian Information Solutions, Inc.; and<br>TransUnion, LLC,<br><br>　　　　Defendants. | Case No. 8:24-cv-02519-TPB-NHA |

## NOTICE OF SETTLEMENT AS TO DEFENDANT IQ DATA INTERNATIONAL, INC.

　　　　Plaintiff, by and through undersigned counsel, hereby notifies the Court that Plaintiff has reached a settlement in the above-referenced matter with Defendant IQ Data International, Inc. ("IQ Data"). Plaintiff and IQ Data are in the process of finalizing the settlement, whereupon Plaintiff will move for dismissal with prejudice. Plaintiff anticipates that the settlement and dismissal of claims against IQ Data will be finalized within the next sixty (60) days. Plaintiff has now reached settlements with all Defendants.

　　　　Dated: August 4, 2025

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Trescot Gear*
　　　　　　　　　　　　　　　　　　　　　　　　Gear Law, LLC
　　　　　　　　　　　　　　　　　　　　　　　　1405 W. Swann Ave.
　　　　　　　　　　　　　　　　　　　　　　　　Tampa, FL 33606

　　　　　　　　　　　　　　　　　　　　　　　　Mailing Address:
　　　　　　　　　　　　　　　　　　　　　　　　McCarthy Law, PLC
　　　　　　　　　　　　　　　　　　　　　　　　4250 North Drinkwater Blvd, Suite 320

Scottsdale, AZ  85251<br>
Telephone: (602) 456-8900<br>
Fax: (602) 218-4447<br>
Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

    I hereby certify that on August 4, 2025, I electronically transmitted the foregoing document to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants of record in this matter.

    <u>*/s/ Trescot Gear*</u>